Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 3154 | **DATE** | 6/23/2000 |
| **CASE TITLE** | Knowles Electronics LLC vs. Garry Chernoff | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]  Memorandum in support of Defendant's Rule 12(b)(2) motion to dismiss is due by July 14, 2000; Plaintiff Response September 8, 2000; and Defendant's Reply September 22, 20000.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | JUN 2 6 2000 | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| EF | courtroom deputy's initials | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

KNOWLES ELECTRONICS LLC, )
)
        Plaintiff, ) No. 00C 3154
)
v. ) Judge Norgle
) Magistrate Judge Schenkier
GARRY CHERNOFF d/b/a )
NETINCOME VENTURES, INC., )
)
        Defendant. )

*Approved So ordered*

DOCKETED
JUN 26 2000

### Agreed Briefing Schedule

The parties have agreed on the following schedule regarding Defendant's Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction.

| | |
|---|---|
| Defendant's Initial Brief in Support | July 14, 2000 |
| Plaintiff's Response | September 2, 2000 |
| Defendant's Reply | September 22, 2000 |

The parties anticipate that discovery on the issue of personal jurisdiction, if any, will take place between July 14, 2000 and the filing of the Plaintiff's Response. The parties will confer regarding the need and scope of such discovery after the opening brief is filed and both parties reserve the right to seek an order regarding discovery from the Court.

Dated: June 23, 2000

Respectfully submitted,

David Berten
Greg Smith
Rhett Dennerline
Competition Law Group LLC
120 South Dearborn Street, Suite 300
Chicago, IL 60603
312.629.1904
312.629.1988 (Fax)

John B. Berryhill, Ph.D.
Dann, Dorfman, Herrell and Skillman
Suite 720
1601 Market Street
Philadelphia, PA 19103-2307
215.563.4100
215.563.4044 (Fax)

Attorneys for Defendant
Garry Chernoff d/b/a
NetIncome Ventures, Inc.

## Certificate of Service

I hereby certify that a copy of the foregoing was served via hand delivery this 23rd day of June, 2000, upon:

Thomas K. Stine
Linda A. Kuczma
Nelson D. Nolte
Wallenstein & Wagner, Ltd.
311 South Wacker Drive, Suite 5300
Chicago, IL 60606
312.554.3300

_____